# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 224 WAL 2020

           Respondent         :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

               v.                      :

                                     :

JALEN DEMERE GIBSON,           :

                                     :

           Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.